IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00991-WYD-MEH

VOLTAGE PICTURES, LLC, a California Limited Liability Company,

    Plaintiff,

v.

DOES 1-14,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal filed on June 6, 2013 (ECF No. 18), it is

ORDERED that Defendant Does #3 and #8 are **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.

Dated:  June 10, 2013

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge