IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00991-WYD-MEH

VOLTAGE PICTURES, LLC, a California Limited Liability Company,

    Plaintiff,

v.

DOES 1-2, 4-7, 9-14,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal filed on June 28, 2013 (ECF No. 20), it is

ORDERED that Defendant Does #1 and #14 are **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.

Dated:  June 28, 2013

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge