IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00991-WYD-MEH

VOLTAGE PICTURES, LLC, a California Limited Liability Company,

   Plaintiff,

v.

DOES 2, 4-7, 9-13,

   Defendants.

## ORDER

   In accordance with the Notice of Dismissal filed on August 7, 2013 (ECF No. 23), it is

   ORDERED that Defendant Does #2 is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and shall hereafter be taken off the caption.

   Dated:  August 9, 2013

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge