IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00991-WYD-MEH

VOLTAGE PICTURES, LLC, a California Limited Liability Company,

   Plaintiff,

v.

DOES 4-7, 9-13,

   Defendants.

## ORDER

In accordance with the Notice of Dismissal of Case (ECF No. 26) filed on August 14, 2013, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  August 15, 2013

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge